

EOD

01/03/2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Steven Lee Struck
7817 Park Lane
Rowlett, TX 75088
SSN: XXX-XX-9243
Debtor

Leanne Poarch Struck
7817 Park Lane
Rowlett, TX 75088
SSN: XXX-XX-6146
Debtor

Case No. 17-42307 btr
Chapter: 13

## ORDER DISMISSING PLEADING WITHOUT PREJUDICE

On this date, the Court considered the <u>Objection to Claim (With Objection Language)</u> (the "Pleading") filed by <u>Leanne Poarch Struck, Steven Lee Struck</u> (the "Movant") on November 27, 2018. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include signed and/or dated certificate of service or parties served are not specified by name/mailing address. **FRBP 9013 and LBR 9013(e).**

IT IS THEREFORE ORDERED that the Pleading filed by Movant on November 27, 2018 is hereby DISMISSED without prejudice.

Signed on 1/3/2019

*Brenda T. Rhoades*  MD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE